IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00598-MSK-CBS

TILFORD HIRAM GASH, JR.,
    Applicant,
v.

KEVIN MILYARD (WARDEN), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN SUTHERS,
    Respondents.

---

ORDER TO FORWARD ALL RECORDS AND TRANSCRIPTS

---

Magistrate Judge Craig B. Shaffer

    This civil action is before the court on Mr. Gash' Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Petition") (filed April 6, 2009) (doc. # 7). Pursuant to the Order of Reference dated July 27, 2009 (doc. # 17), this civil action was referred to the Magistrate Judge to "review the merits and to issue proposed findings of fact and recommendations for disposition." After reviewing the Petition and Respondents' Answer (filed October 2, 2009) (doc. # 25), the court determines that the state court record would assist the court in resolving this matter. Accordingly, pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts, IT IS ORDERED that:

    1.    The Clerk of the Court for Washington County, as the lawful custodian of the records, shall forward all records and transcripts of the state court proceedings in **People v. Gash**, Washington County District Court **Case No. 00CR15**, to the Clerk of the Court for the United States District Court for the District of Colorado, 901 Nineteenth Street, Room 105, Denver, Colorado, 80294-3589 **on or before November 2, 2009**.

2.     The Clerk of the Court for the United States District Court for the District of Colorado shall deliver a copy of this Order to the Clerk of the Court for the Washington County District Court at 26861 Hwy. 34, Akron, CO. 80720 **and at** P.O. Box 455, Akron, CO 80720.

DATED at Denver, Colorado, this 2nd day of October, 2009.

BY THE COURT:

 s/ Craig B. Shaffer
United States Magistrate Judge