F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 6 2013

JEFFREY P. COLWELL
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 09-cv-00598 MSK-CBS

TILFORD HIRAM GASH, JR.,

    Petitioner,

v.

KEVIN MILYARD, Warden, and
JOHN SUTHERS, THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

### ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED this 6th day of May, 2013.

                              BY THE COURT:

                              *Marcia A. Krieger*

                              Marcia S. Krieger
                              Chief United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00598 MSK-CBS

Washington County District Court
Washington County Justice Center
2686 Highway 34
Akron, CO 80720

Tilford Hiram Gash, Jr.
# 110250
Sterling Correctional Facility (SCF)_
P.O. Box 6000
Sterling, CO 80751

John Jacob Fuerst, III - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**


    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on   5/6/2013  .


                                    JEFFREY P. COLWELL, CLERK

                                    By: s/ D. Berardi
                                            Deputy Clerk